# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: MALLOW, THOMAS FRANKLIN § | Case No. 12-82157 |
| MALLOW, VICTORIA ANN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/23/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/27/2012         By:  /s/JOSEPH D. OLSEN
                                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MALLOW, THOMAS FRANKLIN  § Case No. 12-82157
  MALLOW, VICTORIA ANN  §
  §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,250.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 5,200.00 |
| **Balance on hand:** | $ 5,200.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,200.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,275.00 | 0.00 | 1,275.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 47.25 | 0.00 | 47.25 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 762.50 | 0.00 | 762.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,084.75 |
| Remaining balance: | $ 3,115.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $     3,115.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00
Remaining balance: $     3,115.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,352.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 17,209.99 | 0.00 | 1,474.82 |
| 2 | American InfoSource LP as agent for | 2,595.02 | 0.00 | 222.38 |
| 3 | FIA CARD SERVICES, N.A. | 16,547.61 | 0.00 | 1,418.05 |

Total to be paid for timely general unsecured claims: $     3,115.25
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-82157-MB
Thomas Franklin Mallow                                                 Chapter 7
Victoria Ann Mallow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett           Page 1 of 2          Date Rcvd: Dec 07, 2012
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
db/jdb        +Thomas Franklin Mallow,    Victoria Ann Mallow,    1700 Quail Court,    Woodstock, IL 60098-2433
19378281       American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
18980741      +BMO Harris Bank Woodstock,    101 S. Benton,    Woodstock, IL 60098-3289
18980740      +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18980742      +Chase/Slate Cardmember Services,    201 N. Walnut St./de1-1027,    Wilmington, DE 19801-2901
18980743      +Citibank Platinum Select Card,    PO Box 6241,    Sioux Falls, SD 57117-6241
18980744      +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
                Kansas City, MO 64195-0363
19407739       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18980746      +Gecrb/blains Farm&flee,    950 Forrer Blvd,    Kettering, OH 45420-1469
18980747      +Gemb/JC Penny,   Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18980750      +Lane Bryant Retail/soa,    450 Winks Lane,    Bensalem, PA 19020-5932
18980751       Menards/HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
18980755      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18980745      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2012 20:58:57     Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18980748      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 20:49:27     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18980752      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2012 20:49:48     Midland Credit Mgmt In,
                8875 Aero Dr,   San Diego, CA 92123-2255
18980753      +E-mail/Text: bankrup@nicor.com Dec 07 2012 20:48:46     Nicor Gas,
                Attention: Bankruptcy Department,    PO Box 190,    Aurora, IL 60507-0190
19367368      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 20:48:37
                PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
18980754      +E-mail/Text: lbuneta@sovereignbank.com Dec 07 2012 20:53:08     Sovereign Bk,   MC: 10-6438-Cc7,
                601 Penn St.,   Reading, PA 19601-3544
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18980749*     +Kohls/capone,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**             **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2012 at the address(es) listed below:

        Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
        Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
        Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Sara E. Cook    on behalf of Debtor Thomas Mallow debtor@mckenna-law.com, lpalma@mckenna-law.com;bankruptcy@mckenna-law.com

        TOTAL: 5